## AFFIDAVIT OF SPECIAL AGENT JENNIFER L. WEIDLICH

I, Jennifer L. Weidlich, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI for approximately eleven years and am currently assigned to the Boston Division, Worcester Resident Agency. While employed by the FBI, I have investigated numerous federal criminal violations including violent crimes. I have been the affiant on numerous affidavits in support of search warrants, arrest warrants, and other applications. Through my training, education and experience, I have become familiar with the manner used by individuals to secrete or hide incriminating evidence.

2. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for an application for a criminal complaint and arrest warrant, charging Ashley Bigsbee,[1] dob xx/xx/1989 (hereinafter "Bigsbee"), with: (1) unlawful possession of a machine gun, in violation of 18 U.S.C. §922(o); (2) and False Statements, in violation of 18 U.S.C. §1001 (hereinafter, the "Subject Offenses").[2]

3. The statements contained in this affidavit are based in part on: information provided by FBI special agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas and court orders; investigation and analysis by FBI agents/analysts; and my experience, training and background as a special agent with the FBI.

---

[1] Ashley Bigsbee was erroneously referred to as "Ashley Bigsby" in prior related affidavits. Her true name is believed to be Ashley Bigsbee.

[2] A query of CJIS records revealed that Bigsbee does not possess a Massachusetts Firearms Identification ("FID") Card or a Massachusetts License to Carry ("LTC") a firearm. A review of publicly available information from the ATF website contained a listing of Federal Firearms Licencees ("FFL"), and Bigsbee was not listed a FFL as of the most recent records contained on the website, August 2015. See, www.atf.gov/firearms/listing-federal-firearms-licencees-ffls-2015

4. Because this affidavit is submitted for the limited purpose of securing authorization for the requested warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint and arrest warrant.

## PROBABLE CAUSE

5. On November 18, 2015 the United States District Court for the District of Massachusetts issued a criminal complaint an arrest warrant charging James Morales, dob xx/xx/1981 (hereinafter "Morales"), with: (1) unlawful possession of a machine gun, in violation of 18 U.S.C. §922(o); (2) unlawful possession of stolen firearms, in violation of 18 U.S.C. §922(j); and (3) Theft of Government Property, in violation of 18 U.S.C. §641 (hereinafter, the "Subject Offenses").

6. A copy of the affidavit in support of that Complaint is attached hereto and incorporated by reference herein as **Exhibit 1**.

7. On November 18, 2015, at approximately 7:30 p.m., Morales was arrested in Westbury, New York.

8. On November 20, 2015, this Court issued a search warrant for 27 Page Street, Dorchester, Massachusetts. Agents identified that location as the residence of Bigsbee and ▓▓▓ ▓▓▓ two individuals who had met with Morales on November 15, 2015, the day after the robbery.

9. As related in the affidavit in support of the warrant for 27 Page Street, a copy of the affidavit in support of that search warrant is attached hereto and incorporated by reference herein as **Exhibit 2**, Morales informed FBI agents that Bigsbee had introduced Morales to ▓▓▓ ▓▓▓ had then arranged, via two separate sales, the sale of five handguns to two Hispanic males.

2

In consideration of those efforts, Morales claimed to have had given both a M4 Rifle and a Sig Sauer handgun to ▓▓▓.

10. On November 20, 2015, Bigsbee was arrested on an outstanding state warrant. Upon the arrest of Bigsbee on the state warrant, agents recovered her white HTC, model OPM9110 telephone ("Target Telephone #1"). The Court authorized a search warrant for Bigsbee's phone, a copy of the affidavit in support of that search warrant is attached hereto and incorporated by reference herein as **Exhibit 3**.

11. Prior to Bigsbee's arrest on the state warrant on November 20, 2015, she voluntarily spoke with FBI agents. Bigsbee denied knowing anything about a robbery of the armory in Worcester or about any guns that Morales was trying to sell. Bigsbee denied any knowledge of the stolen weapons.

12. After Bigsbee's arrest, the search warrant was executed on Target Telephone #1. That search of Target Telephone #1 revealed numerous photographs, including photographs that had been deleted from Target Telephone #1. Photos from target Telephone #1 included the following: 1) the tattooed left hand of Bigsbee with her middle finger extended (Attachment A); 2) the tattooed left hand of Bigsbee holding a Sig Sauer handgun (Attachment B); 3) a photograph of what appears to be a Sig Sauer handgun and an M-4 assault rifle (Attachment C). In the background of Attachments B and C there is what appears to be a distinctive placement depicting a caricature of a chef standing next to a brick oven.

13. Also depicted in Attachments B and C is a distinctive blue and red pipe of the type commonly used to smoke marijuana and a fork. The pipe and the fork appear to be in the same position/orientation in both photos.

14. Recovered meta-data revealed that Attachments B and C were taken within one minute of each other. More specifically, the photo depicted in Attachment B was taken at 19:37 on November 15, 2015, and the photo depicted in Attachment C was taken at 19:36 on November 15, 2015.

15. The meta-data for Attachments B and C also contained geo-location information, specifically the latitude and longitude of where the device, Target Telephone #1, was located when the photos, Attachments B and C, were taken. A plotting of the latitude and longitude identified Target Telephone #1 as being on the corner of Page and McLellan Streets in Dorchester, Massachusetts when the photos were taken. Twenty-seven (27) Page Street is located at this location.

16. On November 20, 2015, when FBI agents executed the search warrant at 27 Page Street in Dorchester, the agents observed distinctive placemats which depict a caricature of a chef standing next to a brick oven located on the kitchen table.

## Conclusion

17. Based upon the foregoing, I believe that there is probable cause to believe that Bigsbee committed the Subject Offenses and that an arrest warrant and criminal complaint charging her with the Subject Offenses should issue.

18.     More specifically, I believe that Bigsbee possessed the M-4 assault rifle, which qualifies as a machine gun under federal law because it is capable of firing a three round burst with a single squeeze of trigger, on November 15, 2015.  I also believe probable cause exists that Bigsbee violated 18 U.S.C. 1001 on November 20, 2015, when she denied any knowledge of the stolen weapons and denied knowing anything about a robbery of the armory in Worcester or about any guns that Morales was trying to sell.

I, Jennifer L. Weidlich, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information, and belief.

Jennifer L. Weidlich
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me,
this 27th day of November, 2015

HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

-