# ATTACHMENT B