# ATTACHMENT C

